RAGAUSKAS, Respondent, vs. BALCAITUS, Appellant.

APPEAL from a judgment of the municipal court of Racine county dated April 27, 1927: E. R. BURGESS, Judge.
Alienation of wife's affections. Judgment for plaintiff, from which defendant appeals.
For the appellant: *Beck, Smith & Heft* of Racine.
For the respondent: *Baumblatt & Weisman* of Racine.

*By the Court.*—Judgment affirmed.


PETERMAN, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

APPEAL from a judgment of the circuit court for Dane county dated June 15, 1927: AUGUST C. HOPPMANN, Judge.
Right of an alleged wife to compensation. Judgment affirming the order of the *Industrial Commission,* from which claimant appeals.
For the appellant: *Michael Levin* of Milwaukee.
For the respondent *Industrial Commission: John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.
For the respondents *Mathews Bros. Mfg. Co.* and *Travelers Ins. Co.: Olin & Butler* of Madison.

*By the Court.*—Judgment affirmed.